UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN THE MATTER OF AN
APPLICATION TO BRING
PERSONAL ELECTRONIC
DEVICES(S) OR GENERAL PURPOSE
COMPUTING DEVICES(S) INTO THE
COURTHOUSES OF THE SOUTHERN
DISTRICT OF NEW YORK FOR USE
IN A PROCEEDING OR TRIAL

_____/

The following Order is subject to definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney is authorized to bring the Personal electronic Device(s) and / or General purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *The Estate of Nina Simone v. HTC Corp. et al.* Case No. 13-cv-6892 (ARH). The date for which such authorization is provided is October 16, 2015.

| Attorney | Device(s) |
|---|---|
| Judith A. Meyers, Esq.<br>Shukat Arrow Hafer Weber &<br>Herbsman, LLP<br>494 Eighth Avenue, 6th Floor<br>New York, New York 10001 | Laptop |

The attorney identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Envrons constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

**SO ORDERED**

Dated: 10-13-15

By: _____
United States Judge

# SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP
ATTORNEYS AT LAW
494 EIGHTH AVENUE, SIXTH FLOOR
NEW YORK, NEW YORK 10001

ALLEN H. ARROW
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN
KERRY L. SMITH
JASON A. FINESTONE
MICHAEL B. FRISCH
ELLIOT A. RESNIK
CODY A. BROWN

JUDITH A. MEYERS⁺

PETER S. SHUKAT (1970-2014)

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

⁺OF COUNSEL

## FAX COVER SHEET

*2 Page(s) to follow*

*Date:* October 13, 2015

*Attention:* Honorable Judge Alvin K. Hellerstein

*Company:* United District Court for the Southern District of New York

*Fax No.:* 212-805-7942

*From:* Dorothy M. Weber, Esq.

*Client Re:* *The Estate of Nina Simone v. HTC Corp. & Deutsch LA, Inc.* Case No. 13-CV-6892 (AKH)

*Message:* Please see attached

cc: Daniel Kornstein, Esq. (via email)
    Mark Platt, Esq. (via email)
    Matt Oppenheim, Esq. (via email)
    Michele Murphy, Esq. (via email)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OF OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*